**February 10, 1905.)** Action by Robert J. Kenworthy, as executor, against Harry L. Dyer and others. W. B. Brice and W. J. McKim, for appellants Harry L. Dyer and others. R. G. Ditworth and H. W. Sackett, for respondents Louis L. Dyer and others. C. H. Luscomb, for respondent Kenworthy. No opinion. Appeal from decision dismissed. Judgment affirmed, with costs.

KIESER, Respondent, v. MUIR, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Edward Kieser against John Muir. No opinion. Judgment of the Municipal Court affirmed, with costs.

KING et al. v. GERMAN–AMERICAN BANK OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by J. Alfred King and others against the German-American Bank of Buffalo. No opinion. Judgment affirmed, without costs of this appeal to either party.

KING, Respondent, v. MAIL & EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Martin J. King, as administrator, against the Mail & Express Company. C. L. Burr, for appellant. W. J. Walsh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re KING'S ESTATE. (Supreme Court, Appellate Division, First Department. February 10, 1905.) In the matter of Vincent C. King, deceased. W. A. Boyd, for appellant. F. Bartlett, for respondent. No opinion. Decree affirmed, with costs.

KIRMAN v. SUN PRINTING CO. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Tillie Kirman against the Sun Printing Company. No opinion. Motion denied, with $10 costs.

KNICKERBOCKER INV. CO., Respondent, v. VOORHEES et al., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by the Knickerbocker Investment Company against Foster M. Voorhees and others. H. Barry, for appellants. E. Van Schaick, for respondent. No opinion. Appeal from order denying motion for reargument dismissed, with $10 costs and disbursements.

KOEHLER, Appellant, v. McKIE, Tax Collector, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by George Koehler against John McKie, as tax collector for west side sewer, etc. No opinion. Motion to dismiss appeal granted, with $10 costs.

KRAMER, Respondent, v. BACHENHEIMER, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.)

Action by Max Kramer against Joseph Bachenheimer. No opinion. Judgment of the Municipal Court affirmed, with costs.

KRAUS et al., Respondents, v. SONDHEIM, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Harry Kraus and others against Nella Sondheim, as executrix. C. J. Hardy, for appellant. H. Brill, for respondent. No opinion. Judgment affirmed, with costs.

KREVORUCK, Respondent, v. DUPPEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Frank Krevoruck against Charlotte L. Duppen.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

KRONOLD v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Adolph S. Kronold against the city of New York. No opinion. Motion denied, with $10 costs.

KUSHES v. GINSBURG. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Alter Kushes against Isidore Ginsburg. No opinion. Motion denied.

LACY, Respondent, v. ERIE PRESERVING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Michael Lacy, by guardian, against the Erie Preserving Company. No opinion. Appeal dismissed, without costs, on stipulation.

LAKE et al., Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Elmer Lake and another against John J. Sullivan. No opinion. Motion for stay of proceedings granted, without costs.

LANDER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Jacob W. Lander against the city of New York. No opinion. Judgment unanimously affirmed, with costs, on the authority of Driscoll v. City of New York, 78 App. Div. 52, 79 N. Y. Supp. 479.

LANE et al. v. EQUITABLE LIFE ASSUR. SOC. OF UNITED STATES et al. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Lillie Lane and others against the Equitable Life Assurance Society of the United States and W. Morton Garden, individually and as executor, etc.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant serve the appeal papers forthwith and stipulate to argue the appeal on the next motion day, if the respondent so desires. If this condition is not complied with, the motion is granted, with $10 costs.